Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Renee Minner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| RENEE MINNER,<br><br>            Plaintiff,<br><br>    vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>            Defendants. | Federal Case No.: 4:16-CV-05690-JSW<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Renee Minner and defendant Wells Fargo Bank, National Association ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED: August 11, 2017        Sagaria Law, P.C.

                              By: _____/s/ Elliot W. Gale_____
                                     Elliot W. Gale
                              Attorneys for Plaintiff
                              Renee Minner


DATED: August 11, 2017        Severson & Werson APC .


                              By: _____/s/ Gregory Huber_____
                                     Gregory Huber
                              Attorneys for Defendant
                              Wells Fargo Bank, National Association.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Gregory Huber has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Wells Fargo is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED:_____        _____
                               JEFFREY S. WHITE
                               UNITED STATES DISTRICT JUDGE