1 | Scott Sagaria (State Bar No.217981)
  | sjsagaria@sagarialaw.com
2 | Elliot Gale (State Bar No. 263326)
  | egale@sagarialaw.com
3 | Joe Angelo (State Bar No. 268542)
  | jangelo@sagarialaw.com
4 | SAGARIA LAW, P.C.
  | 3017 Douglas Blvd., Ste. 100
5 | Roseville, California 95661
  | Telephone: (408) 279-2288
6 | Facsimile: (408) 279-2299

7 | Attorneys for Plaintiff
  | Renee Minner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| RENEE MINNER, | Federal Case No.: 4:16-CV-05690-JSW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER** |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Renee Minner and defendant Wells Fargo Bank, National Association ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

| | |
|---|---|
| DATED:  August 11, 2017 | Sagaria Law, P.C. |
| | By: _/s/ Elliot W. Gale_ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Renee Minner |
| | |
| DATED:  August 11, 2017 | Severson & Werson APC . |
| | |
| | By: _/s/ Gregory Huber_ |
| | Gregory Huber |
| | Attorneys for Defendant |
| | Wells Fargo Bank, National Association. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Gregory Huber has concurred in this filing.

_/s/ Elliot Gale_

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Wells Fargo is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 14, 2017

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE