Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Renee Minner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| RENEE MINNER,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>Defendants. | Federal Case No.: 4:16-CV-05690-JSW<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Renee Minner and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

1  DATED: August 25, 2017                Sagaria Law, P.C.

2                                        By:  _____*/s/ Elliot W. Gale*_____
3                                                 Elliot W. Gale
                                         Attorneys for Plaintiff
4                                        Renee Minner

5
   DATED: August 25, 2017                Nokes & Quinn
6

7

8                                        By:  _____*/s/ Thomas P. Quinn, Jr.*_____
                                                  Thomas P. Quinn, Jr.
9                                        Attorneys for Defendant
10                                       Equifax, Inc.

11

12 I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13 Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

14 */s/ Elliot Gale*

15
                                 **[PROPOSED] ORDER**
16
         Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each
17
   party shall bear its own attorneys' fees and costs.
18
         IT IS SO ORDERED.
19

20
   DATED: August 28, 2017                _____
21                                       JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

2
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER